UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TRACEY DAMRAU and DANIELLE OSHEA, individually and on behalf of all others similarly situated,

   Plaintiffs,

v.

COLIBRI GROUP, INC.

   Defendant(s).

Case No. 4:24-cv-1441

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiffs__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__ABC Legal__
(name and address of process server)

__(206) 521-9000__

To serve: __COLIBRI GROUP, INC.__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__10/25/2024__
(date)

__Elliot O. Jackson__
(attorney for Plaintiffs)

_____
(attorney for Defendant)