UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY DAMRAU, et al., | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:24-CV-01441-SPM |
| COLIBRI GROUP, INC., | ) |
| Defendant(s). | ) |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Shirley Padmore Mensah to District Judge Sarah E. Pitlyk.

November 6, 2024
Date

*Nathan M. Graves*         /
Clerk of Court

By:  /s/ Heather Aubuchon         /
HEATHER AUBUCHON
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:24-CV-01441-SEP**