UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY DAMRAU and DANIELLE OSHEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLIBRI GROUP, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 4:24-CV-01441<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

Nicholas D. Slovikoski, of the law firm Armstrong Teasdale LLP, hereby enters his appearance on behalf of Defendant Colibri Group, LLC.

By: */s/ Nicholas Slovikoski*
Paul Croker #57000
Nicholas D. Slovikoski #73019
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone:  816.221.3420
Fax:  816.221.0786
pcroker@atllp.com
nslovikoski@atllp.com

IJay Palanski (*Pro Hac Vice* pending)
4643 South Ulster Street, Suite 800
Denver, CO 80237
ipalanski@atllp.com

ATTORNEYS FOR DEFENDANT COLIBRI GROUP, LLC

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2024 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties of record.

                                                    /s/ Nicholas Slovikoski