**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DIVISION**

| | |
|---|---|
| TRACEY DAMRAU, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COLIBRI GROUP, INC.<br><br>Defendant. | Case No. 4:24-cv-01441-SEP |

**DEFENDANT'S MOTION TO DISMISS**

Defendant Colibri Group moves to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6). The Complaint asserts a single claim for violation of the Video Privacy Protection Act ("VPPA"), which proscribes "video tape service providers" ("VTSPs") from disclosing "personally identifiable information" ("PII")—specifically, information that identifies a consumer and the "video cassette tapes or similar audio visual materials" (e.g., movies) they purchased or rented—punishable by statutory penalties of $2,500 and attorney's fees.

The Complaint's claim against certain *educational* websites extends the VPPA far beyond the scope Congress intended when it passed the statute in 1988. In addition, the Complaint fails to state a claim because (1) Colibri Group is not the correct defendant; (2) even if the VPPA applied to the disclosures in question, and even if the disclosed information identified Plaintiffs' Facebook pages and TikTok accounts, the Complaint fails to allege that those Facebook pages and TikTok accounts contain information that identifies Plaintiffs, as required to constitute PII under VPPA; (3) the Complaint does not allege that the information disclosed by the websites specifically identified the videos purchased or accessed by Plaintiffs; and (4) the Complaint does not allege that any disclosure relating to Plaintiff Oshea was made to Meta, thus precluding any claim by

Oshea on such basis.

For these reasons and for the reasons set forth in Defendant's Memorandum in Support of this Motion, filed contemporaneously herewith, the Court should dismiss the Complaint with prejudice, and grant such other and further relief as this Court deems just and proper.

Dated: December 19, 2024

*/s IJay Palansky*
IJay Palansky (*pro hac vice*)
ipalansky@atllp.com
ARMSTRONG TEASDALE LLP
4642 S. Ulster Street, Suite 800
Denver, Colorado 80237
(720) 200-0676

Paul Croker (Bar #57000)
Nick Slovikoski (Bar #73019)
pcroker@atllp.com
nslovikoski@atllp.com
ARMSTRONG TEASDALE LLP
2345 Grand Blvd., Suite 1500
Kansas City, Missouri 64108
Telephone: 816.221.3420
Fax: 816.221.0786

COUNSEL FOR COLIBRI GROUP, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 19, 2024, the foregoing was filed electronically using the Court's CM/ECF system which will serve a copy upon all parties of record.

*/s/ IJay Palansky*