| | |
|---|---|
| Request URL: | https://www.facebook.com/privacy_sandbox/pixel/register/trigger/?id=15656216068133649&ev=SubscribedButtonClick&dl=https%3A%2F%2Fwww.elitelearning.com%2Fsocial-work%2Fce-membership%2F&rl=https%3A%2F%2Fwww.elitelearning.com%2F&if=false&ts=1729622103109&cd[buttonFeatures]=%7B%22classList%22%3A%22wp-block-button__link%20wp-element-button%22%2C%22destination%22%3A%22https%3A%2F%2Fcheckout.elitelearning.com%2FMAGI%2FCommonForms%2Fshoppingcart%2Fadditems.aspx%3FProductCodes%3D48518-8-US-30-2%26paymentOptionId%3D2183%22%2C%22id%22%3A%22%22%2C%22imageUrl%22%3A%22%22%2C%22innerText%22%3A%22Join%20Today%22%2C%22numChildButtons%22%3A0%2C%22tag%22%3A%22a%22%2C%22type%22%3Anull%2C%22name%22%3A%22%22%7D&cd[buttonText]=Join%20Today&cd[formFeatures]=%5B%5D&cd[pageFeatures]=%7B%22title%22%3A%22Elite%20Social%20Work%20Passport%20CE%20Membership%20-%20Elite%20Learning%20-%20Elite%20Learning%22%7D&cd[parameters]=%5B%5D&sw=3008&sh=1692&v=2.9.173&r=stable&a=tmgoogletagmanager&ec=1&o=4126&fbp=fb.1.1728306477419.4555082336639952052&cs_est=true&ler=empty&cdl=API_unavailable&it=1729622096575&coo=false&es=automatic&tm=3&exp=h3&rqm=FGET |
| Request Method: | GET |
| Status Code: | 🟢 200 OK |
| Remote Address: | 157.240.14.35:443 |
| Referrer Policy: | strict-origin-when-cross-origin |