▼Request Payload    view source
▼ {event: "EnrichAM", event_id: "",…}
  ▼ context: {ad: {sdk_env: "external", jsb_status: 2}, device: {platform: "pc"},…}
    ▶ ad: {sdk_env: "external", jsb_status: 2}
    ▶ device: {platform: "pc"}
    ▶ library: {name: "pixel.js", version: "2.2.0"}
    ▼ page: {,…}
      load_progress: "2"
      referrer: "https://checkout.elitelearning.com/MAGI/MyAccount/Registration/Elite/StepOne.aspx?&returnURL=%2fMAGI%2fCommonForms%2fShoppingCart%2fCartRoute.aspx"
      url: "https://checkout.elitelearning.com/MAGI/MyAccount/Registration/Elite/StepTwo.aspx?returnURL=%2fMAGI%2fCommonForms%2fShoppingCart%2fCartRoute.aspx"
      pageview_id: "bfb17cdd-90b2-11ef-a37a-0010e0f459e0-D1-c0.3.0::e5c795d0-90b3-11ef-9594-0200170c3176-COGJKMRC77U2QPJ5ETM0"
    ▶ pixel: {code: "COGJKMRC77U2QPJ5ETM0", runtime: "1"}
      session_id: "bfb17cdd-90b2-11ef-a37a-0010e0f459e0::3pBK4lOeZgLO5tpXQ_1--COGJKMRC77U2QPJ5ETM0"
    ▼ user: {anonymous_id: "VT1MrZrwogs9t2Sd9j5g-ZA5TaF",…}
      anonymous_id: "VT1MrZrwogs9t2Sd9j5g-ZA5TaF"
      auto_phone_number: "a5ad7e6d5225ad00c5f05ddb6bb3b1597a843cc92f6cf18B490ffcb88a1ef4ef"
      userAgent: "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/129.0.0.0 Safari/537.36"
      variation_id: "test_2_single_track"
    event: "EnrichAM"
    event_id: ""
    is_onsite: false
    message_id: "messageId-1729629052192-9318738467266-COGJKMRC77U2QPJ5ETM0"
  ▼ properties: {auto_trigger_type: "10,16,3-1"}
    auto_trigger_type: "10,16,3-1"
  ▼ signal_diagnostic_labels: {raw_email: {label: "missing"}, raw_auto_email: {label: "missing"}, raw_phone: {label: "missing"},…}
    ▶ hashed_email: {label: "missing"}
    ▶ hashed_phone: {label: "missing"}
    ▶ raw_auto_email: {label: "missing"}
    ▶ raw_auto_phone: {label: "invalid", abnormal_types: ["invalid_country"],…}
    ▶ raw_email: {label: "missing"}
    ▶ raw_phone: {label: "missing"}
    timestamp: "2024-10-22T20:30:52.192Z"
  ▶ _inspection: {,…}