# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TRACEY DAMRAU and DANIELLE OSHEA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>COLIBRI GROUP, LLC,<br><br>    Defendant. | Civil Action No. 4:24-cv-01441 |

## PLAINTIFFS' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Tracey Damrau and Danielle Oshea ("Plaintiffs") respectfully request an extension of time to respond to Defendant's Motion to Dismiss, *See* Doc. [16], filed on January 23, 2025. In support of their Motion, Plaintiffs state:

1. Plaintiffs filed their Complaint on October 25, 2024. *See* Doc. [1].

2. Defendant was served on October 29, 2024.

3. On January 23, 2025, Defendant moved to dismiss Plaintiffs' First Amended Complaint. *See* Doc. [16].

4. Pursuant to Rule 7 of Federal Rules of Civil Procedure and Local Rule 4.01, Plaintiffs must file a response to Defendant's Motion to Dismiss by February 6, 2025, and Defendant must file its reply by February 18, 2025. *See* Fed. R. Civ. P. 7.

5. Plaintiffs respectfully request a twenty-one (21) day extension of their deadline to respond to Defendant's motion and an eleven (11) day extension of Defendant's deadline to file its reply.

6. This is Plaintiffs' first request for an extension of time. This Motion is made in good faith and with no intent of delaying this matter. Specifically, Plaintiffs' Counsel has pre-scheduled travel that cannot be rescheduled and the press other deadlines also require their attention. Plaintiffs therefore request a twenty-one (21) day extension of time for Plaintiffs' to file their response and an eleven (11) day extension for Defendant to file its reply, making the new deadlines February 27, 2025 and March 20, 2025, respectively.

7. Counsel for Defendant does not oppose this request.

8. No party will be prejudiced if the Court grants this request. As no Case Management Order has yet been entered, granting this Motion will not affect any other deadlines in this case.

WHEREFORE, Plaintiffs respectfully request that this Court grant this extension of time, up to and including February 27, 2025 for Plaintiffs' to file their response and March 20, 2025, for Defendant to file its reply.

Dated: January 27, 2025

**HEDIN LLP**

/s/ *Elliot O. Jackson*
Elliot O. Jackson
MO Reg. No. #1034536FL
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone:	(305) 357-2107
Facsimile:	(305) 200-8801
ejackson@hedinllp.com

*Counsel for Plaintiffs and Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 27, 2025, the foregoing was filed electronically using the Court's CM/ECF system, which will serve a copy upon all parties of record.

*/s/ Elliot O. Jackson*