# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

TRACEY DAMRAU, *et al.*,

    Plaintiffs,

v.

COLIBRI GROUP, LLC.

    Defendant.

Case No. 4:24-cv-01441-SEP

## NOTICE OF WITHDRAWAL OF COUNSEL

IJay Palansky of the law firm Armstrong Teasdale LLP hereby withdraws his appearance on behalf of Defendant Colibri Group, LLC in the above-captioned case.

Defendant Colibri Group, LLC will continue to be represented by all other attorneys of record and Armstrong Teasdale LLP.

Dated: March 14, 2025

/s __IJay Palansky__
IJay Palansky (*admitted pro hac vice*)
4642 S. Ulster Street, Suite 800
Denver, Colorado 80237
720.200.0676
720.200.0679 (facsimile)
ipalansky@atllp.com

Paul M. Croker (Bar #57000)
Nick D. Slovikoski (Bar #73019)
pcroker@atllp.com
nslovikoski@atllp.com
ARMSTRONG TEASDALE LLP
2345 Grand Blvd., Suite 1500
Kansas City, Missouri 64108
Telephone: 816.221.3420
Fax: 816.221.0786

COUNSEL FOR COLIBRI GROUP, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2025, the foregoing was filed electronically using the Court's CM/ECF system which will serve a copy upon all parties of record.

*/s/ IJay Palansky*
