# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| TRACEY DAMRAU, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 4:24-cv-01441-SEP |
| COLIBRI GROUP, LLC. | |
| Defendant. | |

## COUNSEL'S CERTIFICATION REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE

Pursuant to the Court's posted *Judge's Requirements (Revised August 2025)*, undersigned counsel for Defendant states as follows:

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern District of Missouri.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court.  I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: December 17, 2025		*/s Paul Croker*
					Paul Croker (Bar #57000)
					Nick Slovikoski (Bar #73019)
					pcroker@atllp.com
					nslovikoski@atllp.com
					ARMSTRONG TEASDALE LLP
					2345 Grand Blvd., Suite 1500
					Kansas City, Missouri 64108
					Telephone: 816.221.3420
					Fax: 816.221.0786

					COUNSEL FOR COLIBRI GROUP, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 17, 2025, the foregoing was filed electronically using the Court's CM/ECF system which will serve a copy upon all parties of record.

					*/s/ Paul Croker*