**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TRACEY DAMRAU and DANIELLE OSHEA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>COLIBRI GROUP, LLC,<br><br>                    Defendant. | Civil Action No. 4:24-cv-01441 |

<u>**CERTIFICATION BY PLAINTIFFS' COUNSEL REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE**</u>

Pursuant to Section XVIII of the Court's Requirements, Elliot O. Jackson submits this certification and states as follows:

I, the undersigned attorney, certify that I have read and will comply with all judge-specific requirements for the Honorable Joshua M. Divine, United States District Judge for the Eastern District of Missouri.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Because the undersigned attorney's initial appearance was filed on October 25, 2024,

this certification could not have been filed contemporaneously with his notice of appearance as required by the Rule.

Dated: December 17, 2025                          Respectfully submitted,

                                                 **HEDIN LLP**

                                                 /s/ *Elliot O. Jackson*
                                                 Elliot O. Jackson
                                                 MO Reg. No. #1034536FL
                                                 1395 Brickell Ave., Suite 610
                                                 Miami, Florida 33131-3302
                                                 Telephone:    (305) 357-2107
                                                 Facsimile:    (954) 317-0095
                                                 ejackson@hedinllp.com