## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

TRACEY DAMRAU, *et al.*,

        Plaintiffs,

        v.

COLIBRI GROUP, LLC.

        Defendant.

Case No. 4:24-cv-01441-SEP

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
### TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Defendant Colibri Group, LLC ("Defendant") respectfully requests a 14-day extension of time to file its response to Plaintiffs' Amended Complaint. In support of its Motion, Defendant states as follows:

1.      Plaintiffs filed their Amended Complaint on January 9, 2025. (Dkt #15).

2.      On January 23, 2025, Defendant moved to dismiss Plaintiffs' Amended Complaint. (Dkt #16).

3.      On January 23, 2026, the Court entered an Order denying Defendant's motion to dismiss. (Dkt #48).

4.      Pursuant to Federal Rule of Civil Procedure 12(a)(4), Defendant's deadline to respond to Plaintiffs' Amended Complaint is February 6, 2026.

5.      Defendant requests a 14-day extension of time to respond to Plaintiffs' Amended Complaint, making the new deadline February 20, 2026.

6.      This Motion is made in good faith and with no intent of delaying this matter. The parties are working toward a joint motion requesting the Court to stay the case while the parties

pursue mediation, and Defendant's counsel had pre-scheduled travel and the press of other business.

      7.     Defendant has not previously requested any extension of this deadline.

      8.     Counsel for Plaintiffs consents to this request.

      9.     No party will be prejudiced if the Court grants this request.

      10.     This Motion and the requested extension will not affect any other deadlines in this case.

WHEREFORE, Defendant respectfully requests that this Court grant this extension of time, up to and including February 20, 2026, for Defendant to respond to Plaintiffs' Amended Complaint.


Dated: February 6, 2026            */s   Paul M. Croker*
                                    Paul M. Croker (Bar #57000)
                                    Nick D. Slovikoski (Bar #73019)
                                    pcroker@atllp.com
                                    nslovikoski@atllp.com
                                    ARMSTRONG TEASDALE LLP
                                    2345 Grand Blvd., Suite 1500
                                    Kansas City, Missouri 64108
                                    Telephone: 816.221.3420
                                    Fax: 816.221.0786

                                    COUNSEL FOR COLIBRI GROUP, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 6, 2026, the foregoing was filed electronically using the Court's CM/ECF system which will serve a copy upon all parties of record.

*/s/ Paul M. Croker*