**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

TRACEY DAMRAU, *et al.*,

        Plaintiffs,

        v.

COLIBRI GROUP, LLC.

        Defendant.

Case No. 4:24-cv-01441

**JOINT MOTION TO STAY CASE PENDING MEDIATION**

Plaintiffs Tracey Damrau and Danielle Oshea, and Defendant Colibri Group, LLC (collectively, "the Parties"), hereby move for an order staying this case pending a mediation scheduled for May 26, 2026. In support of this Motion, the Parties state:

1.      This lawsuit was filed October 25, 2024.

2.      Defendant moved to dismiss the Amended Class Action Complaint (Doc. 15) on January 23, 2025. (Doc. 16).

3.      The Court denied the Motion to Dismiss on January 23, 2026. (Doc. 48).

4.      The Parties submitted a Revised Joint Scheduling Plan on January 30, 2026 in which they disagree on whether discovery should be phased. (Doc. 50).

5.      Defendant moved for reconsideration of the denial of its Motion to Dismiss on February 6, 2026. (Doc. 53).

6.      The Parties have since agreed to pursue mediation to attempt to reach settlement in this matter.

7.      Counsel for the parties have selected a mediator and have scheduled the mediation for May 26, 2026. They have agreed to request a stay of this litigation pending the mediation process.

8.      District courts have the "inherent power to stay proceedings" and may do so "to control ... its docket with economy of time and effort for itself, for counsel, and for litigants." *CEZ Prior, LLC v. 755 N Prior Ave. LLC*, 126 F.4th 1353, 1360 (8th Cir. 2025) (quoting *Cottrell v. Duke*, 737 F.3d 1238, 1248 (8th Cir. 2013)).

9.      The Parties jointly request that the Court, in the interest of conserving both judicial and party resources, exercise its discretion to stay this case pending mediation.

10.      The Parties agree to the relief requested in this Motion.

11.      Neither party will be prejudiced by this Motion, and this Motion is not made for purposes of delay or any other improper purpose.

**WHEREFORE**, the Parties respectfully move this Court for the entry of an Order staying all deadlines in this case and for such other and further relief as appropriate. A Proposed Order is being submitted contemporaneously.

Dated: February 20, 2026                          Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS TRACEY DAMRAU AND DANIELLE OSHEA | DEFENDANT COLIBRI GROUP |
| */s/ Tyler K. Somes* | */s/Paul Croker* |
| Tyler K. Somes | Paul Croker (Bar #57000) |
| MO Reg. No. 90013925DC | Nick Slovikoski (Bar #73019) |
| **HEDIN LLP** | **ARMSTRONG TEASDALE LLP** |
| 1100 15th St. NW, Suite 4-105K | 2345 Grand Blvd., Suite 1500 |
| Washington, DC 20005 | Kansas City, Missouri 64108 |
| Phone: (202) 900-3332 | Telephone: 816.221.3420 |
| Fax: (954) 317-0095 | Fax: 816.221.0786 |
| tsomes@hedinllp.com | pcroker@atllp.com |
| | nslovikoski@atllp.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 20, 2026, the foregoing was filed electronically using the Court's CM/ECF system which will serve a copy upon all parties of record.

*/s/ Paul Croker*