**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

TRACEY DAMRAU, *et al.*,

      Plaintiffs,

    v.

COLIBRI GROUP, LLC.

      Defendant.

Case No. 4:24-cv-01441-SEP

**AGREED ORDER ON THE PARTIES' JOINT MOTION**
**TO STAY CASE PENDING MEDIATION**

THIS CAUSE, having come before the Court upon the Parties' Joint Motion to Stay Case Pending Mediation (Doc. 55) (the "Motion"), and the Court having reviewed the Motion, being otherwise duly advised in the premises and the agreement of counsel, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Motion is granted.

2.      This action shall be stayed.

3.      The Parties shall file a status report within two weeks of the conclusion of their mediation advising the Court of the outcome of the mediation and the anticipated next steps in the litigation.

      **DONE AND ORDERED** this _____ day of February 2026.

      _____

      JOSHUA M. DIVINE
      UNITED STATES DISTRICT COURT JUDGE