**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

TRACEY DAMRAU, *et al.*,

        Plaintiffs,

        v.

COLIBRI GROUP, LLC.

        Defendant.

Case No. 4:24-cv-01441

## JOINT STATUS REPORT

Pursuant to this Court's Order dated February 23, 2026 (Dkt. 57), directing the parties to file a joint status report, Plaintiffs Tracey Damrau and Danielle Oshea, individually and on behalf of others similarly situated, and Defendant Colibri Group, LLC respectfully submit the following joint status report.

On May 26, 2026, the parties participated in a full-day mediation before Jill R. Sperber of Judicate West.  While a settlement was not reached at the mediation, progress was made and the parties have continued to engage in settlement negotiations following the conclusion of the mediation with the assistance of the mediator.  Ms. Sperber has conveyed a settlement proposal to the parties, and has set a deadline of June 10, 2026 for both sides to respond to the proposal. Accordingly, the parties respectfully request that the Court extend the existing stay of the case through June 10, 2026, and order that the parties submit a further status report on June 11, 2026 advising the Court whether a proposed settlement has been reached.

Dated: June 5, 2026                                  Respectfully submitted,

PLAINTIFFS TRACEY DAMRAU AND             DEFENDANT COLIBRI GROUP, LLC
DANIELLE OSHEA

*/s/ Tyler K. Somes*                            */s/ Paul Croker*
Tyler K. Somes                                  Paul Croker (Bar #57000)
MO Reg. No. 90013925DC                          Nick Slovikoski (Bar #73019)
**HEDIN LLP**                                   **ARMSTRONG TEASDALE LLP**
1100 15th St. NW, Suite 4-105K                  2345 Grand Blvd., Suite 1500
Washington, DC 20005                            Kansas City, Missouri 64108
Phone: (202) 900-3332                           Telephone: 816.221.3420
Fax: (954) 317-0095                             Fax: 816.221.0786
tsomes@hedinllp.com                             pcroker@atllp.com
                                                nslovikoski@atllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 5, 2026, the foregoing was filed electronically using the Court's CM/ECF system which will serve a copy upon all parties of record.

*/s/ Paul Croker*