**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

TRACEY DAMRAU, *et al.*,

      Plaintiffs,

    v.

COLIBRI GROUP, LLC.

      Defendant.

Case No. 4:24-cv-01441-JMD

## NOTICE OF APPEARANCE

I, Frank S. Hedin, hereby enter my appearance as one of the attorneys of record for Plaintiffs Tracey Damrau and Danielle Oshea in the above-entitled matter.

Dated: June 11, 2026

Respectfully submitted,

PLAINTIFFS TRACEY DAMRAU AND DANIELLE OSHEA

*/s/ Frank S. Hedin*
Frank S. Hedin
MO Reg. No. 109698FL
**HEDIN LLP**
1395 Brickell Ave, Ste 610
Miami, Florida 33131
Telephone: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 11, 2026, the foregoing was filed electronically using the Court's CM/ECF system which will serve a copy upon all parties of record.

*/s/ Frank S. Hedin*