**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

TRACEY DAMRAU, *et al.*,

        Plaintiffs,

    v.

COLIBRI GROUP, LLC.

        Defendant.

Case No. 4:24-cv-01441-JMD

## JOINT STATUS REPORT

Pursuant to this Court's Order dated June 8, 2026 (Dkt. 59), Plaintiffs Tracey Damrau and Danielle Oshea, individually and on behalf of others similarly situated, and Defendant Colibri Group, LLC (collectively, the "Parties") respectfully submit the following joint status report.

On June 10, 2026, the Parties executed a binding term sheet setting forth all material terms of a proposed class-action settlement of this matter.  The Parties respectfully request that the Court extend the stay of the case by sixty (60) days to afford time for Plaintiffs to conduct confirmatory discovery to verify the size of the proposed settlement class, for the Parties to prepare and execute a formal settlement agreement and other settlement-related materials and to select a proposed settlement administrator, and for Plaintiffs to prepare and file a motion for preliminary approval of the proposed settlement.

Dated: June 11, 2026

Respectfully submitted,

PLAINTIFFS TRACEY DAMRAU AND DANIELLE OSHEA

DEFENDANT COLIBRI GROUP, LLC

*/s/ Frank S. Hedin*
Frank S. Hedin
MO Reg. No. 109698FL
**HEDIN LLP**
1395 Brickell Ave, Ste 610
Miami, Florida 33131

*/s/ Paul Croker*
Paul Croker (Bar #57000)
Nick Slovikoski (Bar #73019)
**ARMSTRONG TEASDALE LLP**
2345 Grand Blvd., Suite 1500
Kansas City, Missouri 64108

Telephone: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com

Tyler K. Somes
MO Reg. No. 90013925DC
**HEDIN LLP**
1100 15th St. NW, Suite 4-105K
Washington, DC 20005
Phone: (202) 900-3332
Fax: (954) 317-0095
tsomes@hedinllp.com

*Counsel for Plaintiffs*

Telephone: 816.221.3420
Fax: 816.221.0786
pcroker@atllp.com
nslovikoski@atllp.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2026, the foregoing was filed electronically using the Court's CM/ECF system which will serve a copy upon all parties of record.

*/s/ Frank S. Hedin*